**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-6818**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KENWRICK CLIFTON HAREWOOD,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CR-90-50-C-P)

Submitted: September 25, 1997      Decided: October 8, 1997

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenwrick Clifton Harewood, Appellant Pro Se. Harry Thomas Church, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion for a writ of coram nobis pursuant to 28 U.S.C. § 1651 (1994). Our review of the record and the district court's order discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Harewood</u>, No. CR-90-50-C-P (W.D.N.C. May 20, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>